ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
FAX: (408) 535-5066
Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARA PHUNGGLAN,<br><br>Defendant. | NO. CR: 18-00130-~~MAG~~ SYK<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint as to defendant Sara Phungglan without prejudice.

DATED: September 19, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/
JEFFREY D. NEDROW
Assistant U.S. Attorney

NOTICE OF DISMISSAL (CR 18-00130-MAG)

FILED
AUG 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN JOSE DIVISION |

UNITED STATES OF AMERICA,  ) NO. CR: 18-00130-MAG
    Plaintiff,  ) ORDER OF DISMISSAL
    v.  )
SARA PHUNGGLAN,  )
    Defendant.  )

Leave is granted to the government to dismiss the complaint as to defendant Sara Phungglan. The complaint is hereby ordered dismissed without prejudice as to this defendant.

Date: 9/20/18

United States Magistrate Judge

NOTICE OF DISMISSAL (CR 18-00130-MAG)